OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>REPORT OF INVESTIGATION | TECS ACCESS CODE 3<br>PAGE 1<br>CASE NUMBER ME07QR08KI0001 |
|---|---|

TITLE: MOVSERV - FILESERVER DISTRIBUTING CHILD PORNOGRAPHY

CASE STATUS: DISP PENDNG

| REPORT DATE | DATE ASSIGNED | PROGRAM CODE | REPORT NO. |
|---|---|---|---|
| 060508 | 111307 | 1S1 | 003 |

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
COMPUTER FORENSICS INFO/ SEARCH WARRANT REPORT /

TOPIC: EXAM INFORMATION

SYNOPSIS:

The Resident Agent Chattanooga, TN has requested that the Assistant Special Agent in Charge Memphis, TN perform a forensic analysis of digital evidence recovered subsequent to an investigation involving child exploitation/pornography.

This Report of Investigation will document the POSITIVE analysis findings and now pending status of the collateral request.

| DISTRIBUTION: | SIGNATURE: | |
|---|---|---|
| ASCME SACNO RACKI | BARWICK KEITH SENIOR SPEC AGENT | |
| | APPROVED:<br>POWELL JEFFREY L OI GRP SUPERVISOR | |
| | ORIGIN OFFICE: ME<br>MEMPHIS, TN - ASAC | TELEPHONE: 901 312 1373<br>TYPIST: BARWICK |

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Case 2:08-cr-00033-JRG-DHI Document 24-1 Filed 06/17/08 Page 1 of 19 PageID #: 1926

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE 2<br>CASE NUMBER ME07QR08KI0001<br>REPORT NUMBER: 003 |
|---|---|

CASE PROGRAM CODES:

1S1 OPERATION PREDATOR YT1 Child Exploitation a YT2 Cyber Crimes (Non Ch

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE 3<br>CASE NUMBER ME07QR08KI0001<br>REPORT NUMBER: 003 |
|---|---|

DETAILS OF EXAMINATION:

Requested Examination:

Search digital media, pursuant to a Federal Search Warrant obtained in the Eastern District of Tennessee by agents from Immigration and Customs Enforcement (ICE) Resident Agent in Charge (RAC) Knoxville (KI), Tennessee. The Federal Search Warrant gave law enforcement personnel authorization to search for all items relating to a child pornography/exploitation investigation.

Case Synopsis:

The RAC KI received information that someone utilizing the nickname "MovServ" on the Undernet Internet Relay Chat (IRC) server was operating a channel entitled "#100%preteengirlsexpics" with an Internet Protocol (IP) address of 24.158.106.51. The channel promoted the advertising and trading of visual depictions of child pornography/exploitation. The investigation traced the IP to 1240 Catawba Street, Knoxville, TN.

On November 6, 2007 subsequent to a Federal Search Warrant issued in the Eastern District of Tennessee, the Knoxville, TN ICE office and the Johnson City FBI RAC executed a search warrant on the address of 1240 Catawba Street, Knoxville, TN.

Evidence Submitted for Examination:

ME8-017 (Imaged w/FTK .E01 on 11-06-2007)
- -Fujitsu MHV2080BH Laptop SATA s/n NW01T6828WM3 80GB
- -From: Alienware m5700i-R2 laptop s/n SA69ND7D2D723

ME8-018 (Imaged w/FTK .E01 on 11-06-2007)
- -Hitachi Deskstar IC35L060AVV207 IDE s/n G2DXBD4V 60GB
- -From: Blue, Generic PC Computer s/n BA035103899

ME8-019 (Imaged w/FTK .E01 on 11-07-2007)
- -SanDisk Cruzer Micro USB Thumb Drive 2GB

ME8-020 (Imaged w/FTK .E01 on 11-07-2007)
- -Pleomax USB Hard Drive 120GB
- -No visible model or s/n

The evidence obtained during the execution of the Search Warrant was found onsite to be turned on and set up in the following manner: ME8-019 and ME8-020 connected via USB to ME8-017 which was connected via Ethernet cable to a Netgear wireless/wired router. The router was also connected to ME8-018 as well as a Motorola Surfboard wired cable modem (for internet connectivity).

Review Process:

1. On 11/6/2007, all evidence items reviewed were recovered at 1240 Catawaba Street, Knoxville, TN 37660, and presented to Computer

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

| DEPARTMENT OF HOMELAND SECURITY ICE<br><br>REPORT OF INVESTIGATION CONTINUATION | PAGE 4<br>CASE NUMBER ME07QR08KI0001<br>REPORT NUMBER: 003 |
|---|---|

Forensics Agent (CFA) Keith Barwick for examination at the ICE Knoxville, TN office.

2. The forensic data acquisition was conducted by CFA Barwick at the ICE Knoxville RAC office on 11/06/2007 and 11/07/2007. Utilizing a Digital Intelligence hardware write block device, as well as the M2CFG (Michigan Computer Forensic Group) software write block application CFA Barwick independently acquired a forensic image of each the computers hard drives and external media utilizing the AccessData Forensic Toolkit (FTK) imaging software suite.

3. The images were assigned a Digital Forensic Evidence Log numbers saved as an .E01 files as described in the above "Evidence Submitted" section.

4. Only the acquired "image" file is utilized for analysis leaving the original evidence intact and unaltered. Upon completion of imaging, the preliminary analysis of the acquired images commenced on 11/09/2007.

Results of Examination:
The preliminary exam of the media was conducted using the AccessData Forensic Toolkit (FTK) software suite. The analyzed computers were found to contain Windows operating system structures and information as follows:

Alienware m5700i-R2 laptop s/n SA69ND7D2D723
Microsoft Windows Vista Ultimate
Registered Owner: Morvix
Logon Password: 101380
OS Install Date: 02/9/2007 05:52:34 UTC

Active and Enabled Windows USER Account(s):

SAM\Domains\Account\Users\000003E8

| | |
|---|---|
| Last Written Time | 11/5/2007 17:35:16 UTC |
| SID unique identifier | 1000 |
| Logon Name | Morvix |
| Logon Count | 46 |
| Last Logon Time | 11/5/2007 17:35:16 UTC |
| Last Password Change Time | 9/22/2007 2:31:26 UTC |
| Last Failed Login Time | Never |

SAM\Domains\Account\Users\000003EA

| | |
|---|---|
| Last Written Time | 11/5/2007 17:36:08 UTC |
| SID unique identifier | 1002 |
| Logon Name | __vmware_user__ |

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE 5<br>CASE NUMBER ME07QR08KI0001<br>REPORT NUMBER: 003 |
|---|---|

```
  Logon Count                  24
  Last Logon Time              11/5/2007 17:36:08 UTC
  Last Password Change Time    11/5/2007 17:36:07 UTC
  Last Failed Login Time       Never

 Disabled Windows USER Account(s):
 SAM\Domains\Account\Users\000001F4
 SID unique identifier        1002
 Logon Name                   Administrator

 SAM\Domains\Account\Users\000001F5
 SID unique identifier        501
 Logon Name                   Guest
 Last Logon Time              Never

 SAM\Domains\Account\Users\000003ED
 SID unique identifier        1005
 Logon Name                   Mcx1
 Last Logon Time              9/25/2007 2:53:07 UTC

Generic PC Computer s/n BA035103899
        Microsoft Windows XP Professional
        Registered Owner:  Jeff Tillotson
    Registered Organization: Mind Candy
      OS Install Date: 11/01/2006 09:38:00 UTC

Active and Enabled Windows USER Account(s):
 SAM\Domains\Account\Users\000001F4
  Last Written Time            11/5/2007 17:35:16 UTC
  SID unique identifier        1003
  Logon Name                   Administrator
  Last Logon Time              Never

 SAM\Domains\Account\Users\000003EA
  Last Written Time            11/5/2007 14:23:19 UTC
  SID unique identifier        1002
  User Name                    Jeff Tillotson
  Full Name                    Tiffster
  Logon Count                  2679
  Last Logon Time              11/6/2007 14:23:19 UTC
  Last Password Change Time    11/1/2006 20:43:17 UTC
  Last Failed Login Time       Never
  Password Required            False

 SAM\Domains\Account\Users\000001F5
```

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

| | |
|---|---|
| Last Written Time | 11/5/2007 17:35:16 UTC |
| SID unique identifier | 501 |
| Logon Name | Guest |
| Last Logon Time | Never |

**Note: Additional user accounts exist on each system; however, they are default accounts created by the Microsoft Windows installation for internal operating system functions.

The examination of evidence item ME8-020 (Pleomax USB Hard Drive 120GB) yielded POSITIVE results for videos containing visual depictions of exploited minor children. A preliminary numerical breakdown of the findings is as follows:

Lab# ME8-020
Approximate total Video located in disk free space 4
Recovered_Mpeg_22.mpg
Recovered_Mpeg_23.mpg
Recovered_Mpeg_28.mpg
Recovered_Mpeg_42.mpg

These files were acquired via the use of the Advanced Data Recovery Software Recover My Files from GetData Ver 3.98. Since these video files were recovered from free/deleted areas of the disk, no file dates, times, names, or other metadata was recovered. The file names above were automatically generated by the software and are in no way to be mistaken for the original file names. Other videos were recovered through the software; however, they did not contain depictions of exploited minors.

The recovered files will be forwarded to the case agent on a CD ROM.

ME8-017 (Alienware m5700i-R2 laptop):
Analysis of ME8-017 (Alienware m5700i-R2 laptop) revealed, in part, the following software applications of interest:

VMware Workstation version 6.0.1.55017
VMware was installed on ME8-017 to C:\Program Files\VMware on 8/21/2007.
Virtual Machine files were found
VMware is commercial software capable of running, in a virtual mode, additional operating system environments on top of the computers native windows session.

TrueCrypt
C:\Program Files\TrueCrypt
TrueCrypt encryption software.
Registry settings indicate that TrueCrypt was used as mounted volume with the

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Drive Letter "S". The Windows Operating System's "System" registry file located at C:\Windows\System32\config displays this in an ASCII String under the mounted devices last written (updated by the OS) 11/5/2007 18:33:32 UTC. In corroboration, the TrueCrypt program configuration file shows, in part, the following:
"<config key="LastSelectedDrive">S:</config>" This file is located at the following location:
C:\Users\Morvix\AppData\Roaming\TrueCrypt\Configuration.xml
Additionally, information in the configuration file shows that TrueCrypt must be manually started by the user, and does not start automatically with windows:
"<config key="StartOnLogon">0</config>"
To utilize the TrueCrypt encryption software as configured in this particular arrangement, the user of the software must manually accomplish several deliberate steps in order to mount and unencrypt a volume. TrueCrypt volume files appear on electronic media as files with or without file extensions depending on how they were first created by the user. This way a user can set the file to be any size they want the disk or volume to be when mounted so it can contain the amount of data they require.

ME8-020 (Pleomax USB Hard Drive 120GB):
Analysis of ME8-020 (Pleomax USB Hard Drive 120GB) revealed, in part, the following software applications of interest:

TrueCrypt and VMware
E:\Virtual Machines\
The external drive contained VMware files in addition to an extremely large (approx. 29.2GB) encrypted volume named "Truware1". Information from both software programs indicate that the external drive has been deliberately utilized in conjunction with their operation. Both TrueCrypt and the panzer fserv reference the "S" drive as a target location for file storage. However, due to the strong encryption of TrueCrypt, the pass phrase is required to decrypt the volume and recover its contents. The Virtual Machines stored in this location:
asterisk-0.9.6.5-x86
centos-5.0-i386-server
MS Server 2003
SeduSec
Slackware 12
WindowsXP
SUSE Linux

mIRC / Panzer
E:\panzer
The IRC Internet Relay Chat client software mIRC as well as the fserv Panzer

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

add-on were present and configured on ME8-020 (the USB external hard drive directly connected to a laptop computer networked via a hardware router to a physically adjacent computer and a broadband internet modem/connection).

The Panzer fserv appeared to be functional and operational via mIRC connecting from IP 24-158-106-51.dhcp.kgpt.tn.charter.com to the Undernet IRC server utilizing the nickname of "MovServ".

Internet Relay Chat (IRC) file server (fserv) publicly advertising and distributing child pornography in a channel named "#100%PRETEENGIRLSEXPICS desc 1,7Movies Movies and Movies, all the young girl movies you will ever need. Constantly updating and growing! Fast 15mb connection!" The channel was operated by a fserv/user nickname of MovServ.

The fserve automatically separated its files into 3 categories prior to moving them to the "S:" drive:
Checked
Duplicate
Incomplete
Noimage
Approximately 166 graphical depictions of pornography both images and movies were found at:
E:\panzer\download\Incomplete
Of the 166, many contained file name suggestive of child pornography. The following files contain actual visual depiction of child pornography:

Text log files detaining the specific activity of the fserve or found starting at:
E:\panzer\

Log files located in E:\panzer\backup suggest that the fserv was active and operating on the following dates:
7-25-07
7-26-07
9-12-07
9-14-07
9-15-07
9-16-07
9-17-07
9-18-07

Paths, File Names, Case related excerpts:
In September 2007, three different law enforcement agencies accessed a file server named "MovServ". One ICE agent in Portland Oregon, one FBI agent in

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE 9<br>CASE NUMBER ME07QR08KI0001<br>REPORT NUMBER: 003 |
|---|---|

Billing, Montana and one Pennsylvania State Trooper accessed the file server and all downloaded child pornography. The file server traced to an IP address assigned to 1240 Catawba Street, Knoxville, TN. The following are file and file data excerpts related to the above undercover activity of the 3 law enforcement entities:

\panzer\id\users.txt
E:\panzer\ini\chomo@124-90-21-.txt,tubesteak,17-09-2007

E:\panzer\ini\rroberts@24-3-29-.txt,rroberts,18-09-2007

E:\panzer\ini\tim@-bil-oneeighty-com.txt,NightStalker,18-09-2007

\panzer\backup\dwload06.txt
"Tubesteak"
17-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\chomo@124-90-21-.txt,S:\1mb +\pthc_ptsc_9yo_jenny_sucking_doggie_cock_and_loving_it_email_request_at_shortgrub09@yahoo.avi
17-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\chomo@124-90-21-.txt,S:\1mb +\pthc_ptsc_jenny_new..9yo_smiling_while_sucking_cock.avi
17-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\chomo@124-90-21-.txt,S:\1mb +\pthc_ptsc_jenny_9yo_sucking_cock__new__amatuer.avi

"NightStalker"
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\tim@-bil-oneeighty-com.txt,S:\1mb +\11yo_blows_dad_great_quality.mpg
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\tim@-bil-oneeighty-com.txt,S:\unsorted\vicki10.wmv
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\tim@-bil-oneeighty-com.txt,S:\1mb +\10yroldfuck1.mpg
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\tim@-bil-oneeighty-com.txt,S:\1mb +\pthc_-_10yo_little_linda_-fucks_the_pedo_man.avi
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\tim@-bil-oneeighty-com.txt,S:\1mb +\(((kingpass)))_pthc_hussyfan_4yo_jenniefer.mpg
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\tim@-bil-oneeighty-com.txt,S:\1mb +\pthc_ptsc_9yo_jenny_sucking_doggie_cock_and_loving_it_email_request_at_shortgrub09@yahoo.avi
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\tim@-bil-oneeighty-com.txt,S:\unsorted\(pthc)_10yo_kelle_and_11yo_girlfriend.mpg
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\tim@-bil-oneeighty-com.txt,S:\unsorted\10cuminface.mpeg
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\tim@-bil-oneeighty-com.t

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L U S E O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T O F I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE 10<br>CASE NUMBER ME07QR08KI0001<br>REPORT NUMBER: 003 |
|---|---|

18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\tim@-bil-oneeighty-com.txt,S:\unsorted\!_new_!_(pthc)_2007_tara_8yr_-_tara's_oral_explosion.wmv
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\tim@-bil-oneeighty-com.txt,S:\unsorted\vicky_very_young_girl_sucking_cock_(1).mpg
xt,S:\unsorted\12f_sucks_till_dad_cums.mpg

18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\rroberts@64-8-3-.txt,S:\5mb +\bathtub-bj.mpg
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\rroberts@64-8-3-.txt,S:\10mb +\(pthc)_(liluplanet)_(lordofthering)_6.01_cum_in_mouth_-_4m44s.avi
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\rroberts@64-8-3-.txt,S:\5mb +\9y-kitty-fullspermed-rca.avi
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\rroberts@64-8-3-.txt,S:\10mb +\vicky-2g1m.mpeg
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\rroberts@64-8-3-.txt,S:\10mb +\vic_comp.mpg
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\rroberts@64-8-3-.txt,S:\5mb +\10y0sally.mpg
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\rroberts@64-8-3-.txt,S:\1mb +\10beautifulwildfuckss.mpg
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\rroberts@64-8-3-.txt,S:\1mb +\trailor_alena_2.avi
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\rroberts@64-8-3-.txt,S:\1mb +\+i+hope+her+mom+sees+this!.mpg
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\rroberts@64-8-3-.txt,S:\1mb +\!!new!!_monil_(good).avi
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\rroberts@64-8-3-.txt,S:\1mb +\!eager_girl.mpeg
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\rroberts@64-8-3-.txt,S:\1mb +\!!new!!_8yo_girl_blows_man_(very_private_trade_only).mpg
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\rroberts@64-8-3-.txt,S:\1mb +\webcam2.avi
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\rroberts@64-8-3-.txt,S:\1mb +\pthc_-_10yo_little_linda_-fucks_the_pedo_man.avi
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\rroberts@64-8-3-.txt,S:\1mb +\!!neto&wendell005.mpg
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\rroberts@64-8-3-.txt,S:\1mb +\reelkiddymov_vicky_sucking_(new).mpg
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\rroberts@64-8-3-.txt,S:\1mb +\11yo_blows_dad_great_quality.mpg
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\rroberts@64-8-3-.txt,S:\1mb +\11y_megan_canada.mpeg
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\rroberts@64-8-3-.txt,S:\1mb +\2_preteen_girls_finger_fucking_each_other_with_sound.1.mpeg
18-09-2007,E:\panzer\stat\S---stat.txt,E:\panzer\ini\rroberts@64-8-3-.txt,S:\1

O F F I C I A L U S E O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.


OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE REPORT OF INVESTIGATION CONTINUATION | PAGE 12 |
| --- | --- |
| | CASE NUMBER ME07QR08KI0001 |
| | REPORT NUMBER: 003 |

\panzer\ini\rroberts@24-3-29-.txt
createtime 1190140836 Tue Sep 18 14:40:36 2007
adr1 rroberts@64.8.3.*
adr2 rroberts@64.8.3.32
nick rroberts6314
path E:\panzer\stat\S---stat.txt
credit 125674
1visit 18/09/2007
lvisit 18/09/2007
ripchks 9749940 12233 1190146963
ripchkg 100000000 34059 1190144453
ufile 5
dfile 24
usize 128020000
dsize 117282998
ucps 196762
dcps 460646
ucpavg 0
dcpsavg 0
rulesE:\panzer\stat\S---stat.txt 1190140841
country ip-address
up S:\Unsorted\12yr_girl_sex_pthc.mpg
up1B1D50CA S:\Unsorted\12yr_girl_sex_pthc.mpg
down S:\unsorted\10cuminface.mpeg
down5FA5A644 S:\unsorted\10cuminface.mpeg
up S:\Unsorted\13yrold_girl_with_her_dad.mpg
upA8A92997 S:\Unsorted\13yrold_girl_with_her_dad.mpg
down S:\unsorted\(pthc)cum_3(rare_file)j.avi
down5F508287 S:\unsorted\(pthc)cum_3(rare_file)j.avi
up S:\Unsorted\10_yr_old_vicky.mpg
up1B1D50CA S:\Unsorted\10_yr_old_vicky.mpg
up S:\Unsorted\4yo_and_6yo_girls.mpg
up2FD2544C S:\Unsorted\4yo_and_6yo_girls.mpg
down S:\1mb +\10yroldfuck1.mpg
down8B8F95D1 S:\1mb +\10yroldfuck1.mpg
down S:\1mb +\pedo_-_vicky_tricky_cunt_pthc_(1).mpg
down3BE69DD6 S:\1mb +\pedo_-_vicky_tricky_cunt_pthc_(1).mpg
down S:\1mb +\yngfuk222.mpg
down0A637D52 S:\1mb +\yngfuk222.mpg
down S:\1mb +\2_preteen_girls_finger_fucking_each_other_with_sound.1.mpeg
down2A3FC2A9 S:\1mb
+\2_preteen_girls_finger_fucking_each_other_with_sound.1.mpeg
up S:\Unsorted\09_year_old_vicky.mpg
up958CD279 S:\Unsorted\09_year_old_vicky.mpg
down S:\1mb +\11y_megan_canada.mpeg

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 13 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N   C O N T I N U A T I O N | CASE NUMBER ME07QR08KI0001 |
| | REPORT NUMBER: 003 |

\panzer\ini\tim@-bil-oneeighty-com.txt
createtime 1190124522 Tue Sep 18 10:08:42 2007
adr1 tim@*.bil.oneeighty.com
adr2 ~tim@Heartland-gw.bil.oneeighty.com
nick NightStalker
path E:\panzer\stat\S---stat.txt
credit 391912

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

06/16/2008 14:18 FAX 18655392607 015/020

O F F I C I A L U S E O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T O F I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE 14<br>CASE NUMBER ME07QR08KI0001<br>REPORT NUMBER: 003 |
|---|---|

```
lvisit 18/09/2007
lvisit 18/09/2007
ripchks 4530176 18266 1190127341
ripchkg 34613757 23773 1190126243
ufile 1
dfile 11
usize 34613757
dsize 34298645
ucps 23773
dcps 151364
ucpavg 0
dcpsavg 0
rulesE:\panzer\stat\S---stat.txt 1190125446
country Commercial Org.
up S:\Unsorted\8yonina.mpeg
upC6B5A1D1 S:\Unsorted\8yonina.mpeg
down S:\unsorted\vicky_very_young_girl_sucking_cock_(1).mpg
downFC1EA298 S:\unsorted\vicky_very_young_girl_sucking_cock_(1).mpg
down S:\unsorted\!_new_!_(pthc)_2007_tara_8yr_-_tara's_oral_explosion.wmv
downBF148322
S:\unsorted\!_new_!_(pthc)_2007_tara_8yr_-_tara's_oral_explosion.wmv
down S:\unsorted\12f_sucks_till_dad_cums.mpg
down2D560851 S:\unsorted\12f_sucks_till_dad_cums.mpg
down S:\unsorted\10cuminface.mpeg
down5FA5A644 S:\unsorted\10cuminface.mpeg
down S:\unsorted\(pthc)_10yo_kelle_and_11yo_girlfriend.mpg
downCBC83076 S:\unsorted\(pthc)_10yo_kelle_and_11yo_girlfriend.mpg
down S:\1mb
+\pthc_ptsc_9yo_jenny_sucking_doggie_cock_and_loving_it_email_request_at_short
grub09@yahoo.avi
down2B44CCA5 S:\1mb
+\pthc_ptsc_9yo_jenny_sucking_doggie_cock_and_loving_it_email_request_at_short
grub09@yahoo.avi
down S:\1mb +\(((kingpass)))_pthc_hussyfan_4yo_jenniefer.mpg
down5278216C S:\1mb +\(((kingpass)))_pthc_hussyfan_4yo_jenniefer.mpg
down S:\1mb +\pthc_-_10yo_little_linda_-fucks_the_pedo_man.avi
down0CD0F4C1 S:\1mb +\pthc_-_10yo_little_linda_-fucks_the_pedo_man.avi
down S:\1mb +\10yroldfuck1.mpg
down8B8F95D1 S:\1mb +\10yroldfuck1.mpg
down S:\unsorted\vicki10.wmv
downCC671E65 S:\unsorted\vicki10.wmv
down S:\1mb +\11yo_blows_dad_great_quality.mpg
downCCDD4F07 S:\1mb +\11yo_blows_dad_great_quality.mpg
```

Evidence of software used on the H/D for the purpose of the encryption of

O F F I C I A L U S E O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

343

06/16/2008 14:18 FAX 18655392607 016/020

O F F I C I A L U S E O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T O F I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE 15<br>CASE NUMBER ME07QR08KI0001<br>REPORT NUMBER: 003 |
|---|---|

files/email in part

PANZER GUIDE:
A short guide on what and where things are stored when a user enters a panzer server.

When a successful connection has been made, Panzer will store info about the user in 3 different files.

1. \id\ip.txt

Info stored: IP number of user + path to user specific file associated with the IP num. (hereafter called: user-file)
Example: 207.225.86.192 c:\panz-usa\ kb@207-225-86-.txt

2. \id\user.txt

Info stored: user-file,nickname,current date (day-month-year)
Example: c:\panz-usa\ kb@207-225-86-.txt,kb,18-05-2003

3. \ini\user-file (\ini\kb@207-225-86-.txt)

Info stored: (using example data)

createtime 1021727301 Tue Feb 26 15:08:21 2008
- exact create time of this user file
adr1 kb@207.225.86.*
- user address, skipping last number set if address is a number, skipping first set if named address (kb@*.dhs.gov)
adr2 kb@207.225.86.192
- full address of user
nick kb
- nickname of user
path C:\panz-usa\stat\C--p1--stat.txt
- path to statistic file (also indicates that the Panzer server used the root: c:\p1\ for the offered files when this user was using the server)
credit 17140246
- credit in bytes for user
1visit 26/02/2008
- first visit by this user (day/month/year)
lvisit 26/02/2008
- last visit by this user (day/month/year)
ripchks 48845 48845 1021727329

O F F I C I A L U S E O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

344

- part of a check routine against server cheat. Fist 2 number sets are the size of the last sent file in bytes. Last number set is exact time when the last send of a file was sent to this user. The number is the total number of seconds elapsed since 00:00:00 GMT,
January 1, 1970 based on the system time of the pc Panzer is run from.
ripchkg 5704097 5704097 1021727370
- same as above, except this is for the last received file from this user
ufile 1
- number of files this user has uploaded to this server dfile 1
- number of files this user has downloaded from the server
usize 5704097
- total size in bytes of files uploaded by this user
dsize 48845
- total size in bytes of files downloaded by this user ucps 5704097
- stat data of the speed
dcps 48845
- same as above
ucpavg 0
- same as above
dcpsavg 0
- same as above
country ip-address
- country of origin, if available
down C:\p1\test\picture.jpg
- indicates a completed download of this file by this user
down5CBFE123 C:\p1\test\picture.jpg
- duplicate info of the above, but adds the CRC signature of the file after the text "down"
up C:\panz-usa\sounds\ National_Anthem.mp3
- indicates a completed upload of this file by this user
upCDA1EA24 C:\panz-usa\sounds\ National_Anthem.mp3
- duplicate info of the above, but adds the CRC signature of the file after the text "up"

File: \dwload.txt

Info stored: download date (day-month-year), path to stat file (also indicates root used: c:\p1\),path to user-file,filename

Example: 26-02-2008,C:\panz-usa\stat\C--p1--stat.txt,C:\panz-usa\ini\kb@207-225-86-.txt,C:\p1\test\picture.jpg

After a specific set of downloads, Panzer will move the dwload.txt file into folder \backup renaming it to dwload1.txt, dwload2.txt, etc. It will then start fresh with a clean dwload.txt file

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

06/16/2008 14:18 FAX 18655392607 018/020

O F F I C I A L U S E O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T O F I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE 17<br>CASE NUMBER ME07QR08KI0001<br>REPORT NUMBER: 003 |
|---|---|

File: \upload.txt

Info stored: upload date (day-month-year), path to stat file (also indicates root used: c:\p1\),path to user-file,filename

Example: 26-02-2008,C:\panz-usa\stat\C--p1--stat.txt,C:\panz-usa\ini\keith@193-69-5-.txt,C:\panz-usa\sounds\National_Anthem.mp3

Panzer auto-trims the upload.txt by removing data entry in the upload.txt file if it recognizes that the file uploaded has been moved/deleted from the upload folder.

Other info:
\id\ip.txt and \id\user.txt files,

The file IP.TXT in folder \ID is used as a cache file for quick lookup of a user specific file located in folder \INI The information stored in the IP.TXT file is the recorded IP numbers from the last active online session. When Panzer/mIRC is restarted this file will be erased.

Time and date storing in a user file located in folder \INI:
- The first line in that file will be the exact date and time when this user file was created.
- 1visit / Lvisit : stores the date (day/month/year) on first visit & last visit.
- ripchks / ripchkg : the last number set (out of 3) on the line starting with any of those texts, is the exact time for the last send/receive of a file to/from that specific user.

In mIRC, use of //echo -s $asctime(number,dd/mm/yyyy HH:nn:ss) will show a readable view of that exact date/time.

The IP.TXT file is a cache file used only during an active server session, so any of the IP numbers shown in that file (info stored: IP-number path-to-user-file), will have their user file created/updated during that specific server session.

GLOSSARY:

**MD5 Hash: MD5 is an algorithm that is used to generate a unique 128-bit fingerprint of a file of any length, (even an entire disk). Because there are 10 to the 38th power different possible hash values, it is highly unlikely that any two files would have the same hash value. Further, it is

O F F I C I A L U S E O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

346

"computationally infeasible" at this time to manufacture a file that generates a particular hash value. Thus, known files can be reliably identified through their MD5 hash value.

**Registry: is defined as a database used by the Windows Operating System, in part, to store information relating to attached hardware, system options, system memory, application programs, and hardware/software/application interaction.

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

060508                    TECS II - LIST OF RELATED RECORDS                    PAGE   1
                                                                              TN007066
                        1 RECORD IS RELATED TO BASE RECORD
ME07QR08KI0001003    ROI   CME BARWICK          K 060508


ME07QR08KI0001       CASE CME BARWICK          K 111307
        MOVSERV - FILESERVER DISTRIBUTING CHILD PORNOGRAPHY


OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY