IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | No. 2:08-cr-33 |
| | * | |
| JEFF FRANCIS TILLOTSON | * | GREER/INMAN |

### MOTION IN LIMINE TO PREVENT THE GOVERNMENT IN ITS CASE IN CHIEF FROM PUBLISHING TO THE JURY ANY PORNOGRAPHIC MATERIALS SINCE EXISTENCE OF CHILD PORNOGRAPHY ON THE COMPUTER TAKEN FROM THE DEFENDANT'S RESIDENCE IS NOT A CONTESTED ISSUE AND FURTHERMORE SUCH PUBLICATION TO THE JURY WOULD BE UNDER ANY CIRCUMSTANCE MORE PREJUDICIAL THAN PROBATIVE OF ANY FACT AT ISSUE.

NOW COMES the Defendant, Jeff Francis Tillotson, by counsel and moves this Honorable Court pursuant to this Motion In Limine to prevent the Government from publishing pornographic pictures to the jury for the following reasons:

    1. A computer was seized from the Defendant's home on November 6, 2007. It is uncontested that Federal agents located in various geographic locations throughout the United States downloaded child pornography from this computer. In addition, it is uncontested that certain child pornography images which had been deleted were found on the external hard drive of the subject computer.

    2. The defense does not contest that these images constitute child pornography.

    3. The defense avers that since this issue is not in contest then same

are not relevant to the determination of this case. The only reason that the government would introduce such photos would be to inflame the passions of the jury against the Defendant. Even if the photographs are relevant under some strained theory, such photographs would be more prejudicial than probative.

WHEREFORE, the Defendant prays that this Honorable Court prevent the Government in it case in chief from introducing any of the subject photographs.

Respectfully submitted,

JEFF FRANCIS TILLOTSON

By s/*E. Lynn Dougherty*
E. Lynn Dougherty
Attorney for Defendant
BPR No. 014209
131 Eighth Street
Bristol, Tennessee 37620
(423) 968-3108

s/*Clifton L. Corker*
Clifton L. Corker
Attorney for Defendant
BPR No. 17314
209 W. Walnut Street # 1
Johnson City, Tennessee 37604
(423) 926-0827

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been field with the Court's ECF filing system which has forwarded the same to all counsel entitled to receive notice. All other interested parties have been served by United States mail with sufficient postage to carry the same to its destination.

This 21st day of July, 2008.

s/*E. Lynn Dougherty*
E. Lynn Dougherty