IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | |
| vs. | * | No. 2:08-cr-33 |
| | * | |
| JEFF FRANCIS TILLOTSON | * | GREER/INMAN |

## MOTION FOR APPROPRIATE RELIEF

NOW COMES the Defendant, Jeff Francis TIllotson, by counsel and moves this Court for appropriate relief based upon the facts contained herein.

1. The Government has filed some type of Motion under seal which one would believe requests some type of relief or action on this Honorable Court's part.

2. Defense avers that it knows of no procedural mechanism by which the Government can communicate directly to the Court under a "cloak of secrecy".

**WHEREFORE,** the Defendant prays that this Honorable Court order the Motion unsealed or, in the alternative, place on the record the reasons why same is appropriate and necessary.

Respectfully submitted,

JEFF FRANCIS TILLOTSON

By s/*E. Lynn Dougherty*
E. Lynn Dougherty
Attorney for Defendant
BPR No. 014209
131 Eighth Street
Bristol, Tennessee 37620
(423) 968-3108

s/*Clifton L. Corker*
Clifton L. Corker
Attorney for Defendant
BPR No. 17314
209 W. Walnut Street # 1
Johnson City, Tennessee 37604
(423) 926-0827

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been field with the Court's ECF filing system which has forwarded the same to all counsel entitled to receive notice. All other interested parties have been served by United States mail with sufficient postage to carry the same to its destination.

This 21st day of July, 2008.

s/*E. Lynn Dougherty*
E. Lynn Dougherty