IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 2:08-cr-33 |
| | ) |
| JEFF FRANCIS TILLOTSON | ) GREER/INMAN |

MOTION TO EXTEND DEADLINES FOR
RESPONSES TO DOCKET ENTRIES 30 THROUGH 42

The United States of America, by and through James R. Dedrick, United States Attorney for the Eastern District of Tennessee, moves to continue the deadline for responses to defendant's motions docketed at 30 through 42 of the court record, until August 18, 2008. In support of its motion, the United States asserts that the defendant has filed an uncontested motion to continue the final pretrial conference and trial of the case. A short two-week delay will not harm the interests of justice.

Wherefore, premises considered, the United States of America respectfully requests that the Court extend the deadline for the United States' responses to docket entries 30 through 42 until August 18, 2008.

        RESPECTFULLY SUBMITTED

        JAMES R. DEDRICK
        United States Attorney

By:   *s/ Helen C.T. Smith*
       Helen C.T. Smith
       Assistant United States Attorney
       220 W. Depot St., Suite 423
       Greeneville, Tennessee 37743

1

Tel. 423-639-6759 x 110  
TBPR No. 10639

Certificate of Electronic Filing and Service

    I certify that I electronically filed the foregoing motion on July 31, 2008. The defendant's attorneys, E. Lynn Dougherty and Clifton L. Corker will receive a copy of the motion via the court's electronic notice system.

                                                              *s/ Helen C.T. Smith*

2