AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

JEFF F. TILLOTSON

**EXHIBIT AND WITNESS LIST**

Case Number: 2:08-CR-33

| PRESIDING JUDGE DENNIS H. INMAN | PLAINTIFF'S ATTORNEY HELEN C.T. SMITH | DEFENDANT'S ATTORNEY CLIFTON CORKER; LYNN DOUGHTERY |
|---|---|---|
| TRIAL DATE (S) PTC/EVIDENTIARY HEARING | COURT REPORTER KAREN BLOMBERG | COURTROOM DEPUTY CONNIE LAMB |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| - | W | 11/6/08 | - | - | MARK T. VASSEL |
| - | 1 | " | √ | √ | Curriculum Vitae as to Mark T. Vassel |
| 2 | - | " | √ | √ | MaxMind Information |
| 3 | - | " | √ | √ | Charter Communications Information |
| 4 | - | " | √ | √ | Application and affidavit for search warrant |
| W | - | " | - | - | Agent MICHELLE EVANS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages