UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:08-CR-33 |
| | ) | |
| JEFF FRANCIS TILLOTSON | ) | |

**O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated November 13, 2008. [Doc. 95]. The Magistrate Judge recommends that the defendant's motion to suppress and second motion to suppress all evidence seized as the result of the execution of a search warrant at the defendant's residence on November 6, 2007, be denied. The defendant has filed objections to this report, [Doc. 110], and the government has responded to defendant's objections. [Doc. 114].

After careful and *de novo* consideration of the Report and Recommendation of the United States Magistrate Judge, the defendant's objections to that Report and Recommendation, the defendant's motion to suppress, the defendant's second motion to suppress, the response of the government, the transcript of the

hearing held on November 6, 2008, and for the reasons set out in that Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the defendant's motion to suppress and second motion to suppress are **DENIED.** [Docs.41 and 67].

    ENTER:

                                             <u>s/J. RONNIE GREER</u>
                                           UNITED STATES DISTRICT JUDGE