UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 2:08-CR-33 |
| ) | |
| JEFF FRANCIS TILLOTSON ) | |

## VERDICT FORM

We, the jury, unanimously find as follows:

1. JEFF FRANCIS TILLOTSON is

_____Guilty_____ of knowingly
(fill in "guilty" or "not guilty")

distributing child pornography that had been

shipped and transported in interstate commerce,

by computer as charged in Count 1 of the

indictment.

### 2. JEFF FRANCIS TILLOTSON is

_____guilty_____ of knowingly
(fill in "guilty" or "not guilty")

advertising in interstate commerce by computer material that contained an obscene visual depiction of a minor engaging in sexually explicit conduct as charged in Count 2 of the indictment.

### 3. JEFF FRANCIS TILLOTSON is

_____guilty_____ of knowingly
(fill in "guilty" or "not guilty")

possessing a computer containing an image of child pornography that had been transported in interstate commerce as charged in Count 3 of the indictment.

s/ jury foreman
**FOREMAN**

12-12-2008
**DATE**

VERDICT FORM PAGE 2