| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:08-CR-33 |
| | ) | |
| JEFF FRANCIS TILLOTSON, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

COMES NOW, E. Lynn Dougherty and Clifton L. Corker, Attorneys of Record for the Defendant, Jeff Tillotson, in the above-referenced matter, and respectfully request leave to withdraw under the provisions of Local Rule 83.4 of the Rules of the United States District Court for the Eastern District of Tennessee, and in support thereof states as follows:

1.      Undersigned Counsel have given their client due written notice of their intention to withdraw prior to submitting this request to the Court as this motion was provided by the undersigned to the client at least 10 days prior to the date the motion was filed.

2.      In further support of this motion, Counsel has not been retained to represent the Defendant in any further litigation other than trial and sentencing in the United States District Court for the Eastern District of Tennessee at Greeneville.

3.      In fact, further representation at the appellate level was specifically excluded from the terms of employment of undersigned counsel.

4.      This motion has been sent to the client who is currently housed in the

Greene County Detention Center, 120 E. Depot Street, Greeneville, Tennessee 37743.

5.      Counsel request that a hearing be held on this motion at the time that

sentencing is set for on June 22, 2009 at 9:00 a.m.

WHEREFORE, for good cause shown, Counsel request that they be relieved from

further representation of the Defendant after the sentencing hearing is completed.

Respectfully submitted,

JEFF FRANCIS TILLOTSON

By:     s/Clifton Corker
        Clifton L. Corker, BPR#017314
        Attorney for Defendant
        205 W. Walnut Street
        Johnson City, TN  37604
        (423) 926-0827
        (423) 926-3299 facsimile

By:     s/ E. Lynn Dougherty
        E. Lynn Dougherty, BPR #14209
        Attorney for Defendant
        131 Eighth Street
        P.O. Box 189
        Bristol, Tennessee 37621
        (423) 968-3106
        (423) 968-2108 facsimile

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been filed with the court's ECF filing system which has forwarded the same to all counsel entitled to receive notice.  All other interested parties have been served by United States mail with sufficient postage to carry the same to its destination.

Jeff Tillotson
Greene County Detention Center
120 E. Depot Street
Greeneville, TN  37743

This the 2nd day of April, 2009.

                                       <u>s/Clifton Corker</u>

c:\office files\criminal\tillotson\pleadings\Motion to Withdraw 3-18-09