IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| v. | ) | NO. 2:08-CR-33 |
| | ) | |
| **JEFF FRANCIS TILLOTSON**, | ) | |
| | ) | |
| Defendant. | ) | |

---

## MOTION TO EXTEND DEADLINE TO FILE
## SENTENCING MEMORANDUM
## AND FOR CONTINUANCE OF THE SENTENCING HEARING

---

COMES NOW the Defendant, by and through counsel, and files this motion to extend the deadline to file a Sentencing Memorandum and for continuance of the sentencing hearing in the above-referenced matter and in support thereof states as follows:

1.      The deadline for filing a Sentencing Memorandum in the above-captioned matter is currently October 2, 2009 with the sentencing hearing being set for October 19, 2009.

2.      The presentence report has not been completed and will not be completed in time for sentencing to occur on October 19, 2009.

WHEREFORE, for good cause shown, Defendant requests an extension of time to file a Sentencing Memorandum and for a continuance of the sentencing hearing.

Respectfully submitted,

JEFF FRANCIS TILLOTSON

By:     s/Clifton Corker

        Clifton L. Corker
        Attorney for Defendant
        BPR#017314
        205 W. Walnut Street
        Johnson City, TN  37604
        (423) 926-0827
        (423) 926-3299 facsimile


        E. Lynn Dougherty
        Attorney for Defendant
        BPR #14209
        131 Eighth Street
        Bristol, Tennessee 37620
        (423) 968-1313
        (423) 968-2108 facsimile


CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a true and exact copy of the foregoing has
been filed with the court's ECF filing system which has forwarded the same to all
counsel entitled to receive notice.  All other interested parties have been served by United
States mail with sufficient postage to carry the same to its destination.


This the 30th day of September, 2009.

                                        s/Clifton Corker


c:\office files\criminal\tillotson\pleadings\motion to extend deadline 9-30-09